IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2012 AUG 22 AM 11: 24
PETER OPPENEER
US DIST COURT
WD OF WI
SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT |
| | ) Case No. 12 CR 109 bbc 1 |
| v. | ) 21 U.S.C. § 841(a)(1) |
| DAMIEN D. SMITH, | ) 21 U.S.C. § 846 |
| KORDAROW MOORE, and | ) |
| MILTON L. MOORE, | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

## COUNT 1

From in or about April 2012, to on or about July 16, 2012, in the Western District of Wisconsin, the defendants,

DAMIEN D. SMITH and KORDAROW MOORE,

knowingly and intentionally conspired with each other, and others known and unknown to the grand jury, to distribute heroin, a Schedule I controlled substance, and cocaine base (crack cocaine), a Schedule II controlled substance, with this conspiracy involving 28 grams or more of cocaine base (crack cocaine), in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 2

On or about March 19, 2012, in the Western District of Wisconsin, the defendant,

DAMIEN D. SMITH,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 3

On or about March 26, 2012, in the Western District of Wisconsin, the defendant,

DAMIEN D. SMITH,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 4

On or about April 10, 2012, in the Western District of Wisconsin, the defendant,

DAMIEN D. SMITH,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 5

On or about April 18, 2012, in the Western District of Wisconsin, the defendant,

DAMIEN D. SMITH,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 6

On or about May 3, 2012, in the Western District of Wisconsin, the defendant,

KORDAROW MOORE,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 7

On or about May 9, 2012, in the Western District of Wisconsin, the defendants,

DAMIEN D. SMITH and KORDAROW MOORE,

knowingly and intentionally distributed 28 grams or more of a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 8

On or about May 14, 2012, in the Western District of Wisconsin, the defendant,

DAMIEN D. SMITH,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 9

On or about May 22, 2012, in the Western District of Wisconsin, the defendant,

KORDAROW MOORE,

knowingly and intentionally distributed a mixture or substance containing heroin, a

Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1))

## COUNT 10

On or about May 29, 2012, in the Western District of Wisconsin, the defendant,

KORDAROW MOORE,

knowingly and intentionally distributed 28 grams or more of a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 11

On or about July 16, 2012, in the Western District of Wisconsin, the defendant,

KORDAROW MOORE,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 12

On or about July 18, 2012, in the Western District of Wisconsin, the defendant,

MILTON L. MOORE,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 13

On or about July 25, 2012, in the Western District of Wisconsin, the defendant,

MILTON L. MOORE,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 14

On or about July 29, 2012, in the Western District of Wisconsin, the defendant,

MILTON L. MOORE

knowingly and intentionally distributed a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_Kristin Larson_
PRESIDING JUROR

_John W. Vaudreuil_
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 8/22/2012

5